# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID WALLS, On Behalf Of Himself And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> THE DIAL CORPORATION, <br><br> Defendant. | CIVIL NO. 3:10-cv-00734-JPG-DGW |

## ORDER

This matter comes before the Court on Defendant's Motion for Leave to File a Reply Brief (Doc. 26). No rule requires leave of Court to file a reply brief, so the Court assumes the defendant filed this motion because the brief it wants to file is now late (it was due February 1, 2011) and is too long (twice the 5-page limit on reply briefs set forth in Local Rule 7.1(d)).

The Court **DENIES** the motion (Doc. 26) as **moot** in light of the fact that the defendant did not need leave of Court to file its brief. However, in the interest of justice and complete briefing, the Court will allow a reasonable extension of time for the defendant to compose and file a reply brief that satisfies the length requirements of Local Rule 7.1. Accordingly, the Court **ORDERS** that the defendant shall have up to and including February 14, 2011, to file a 5-page reply brief.

**Dated: February 7, 2011**     s/J. Phil Gilbert
                                **J. Phil Gilbert**
                                **District Judge**